Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Guy G. Cardinale and Karen J. Cardinale
Debtor

    Case No.: 06–15822–KCF
    Chapter 7

Underwriters Marketing Service, Inc.
Plaintiff

v.

Guy G. Cardinale
Defendant

Adv. Proc. No. 06–02692–KCF      Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on October 24, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 6 – 1
Memorandum Opinion (re: trial 9/25/2007) (related document:[1] Complaint filed by Plaintiff Underwriters Marketing Service, Inc.). The following parties were served: Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 10/24/2007 (seg, )

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 24, 2007
JJW: seg

                                           James J. Waldron
                                           Clerk